JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| MICHAEL DEWAYNE ALLEN, | ) | NO. CV 12-8338-DMG(E) |
| Plaintiff, | ) | |
| v. | ) | JUDGMENT |
| C.S.P. LOS ANGELES COUNTY INMATE VINSON, et al., | ) | |
| Defendants. | ) | |

    IT IS ADJUDGED that the action is dismissed without prejudice.

DATED: May 1, 2013

*/s/ Dolly M. Gee*
_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE